IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAWRENCE ADDLEMAN, | ) | 4:12CV3240 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DIANE RINE-SABATKA, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner Lawrence Addleman ("Addleman") has filed a Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2254. (Filing No. 1.)  The court has conducted an initial review of Addleman's Petition to determine whether the claims made by Addleman are, when liberally construed, potentially cognizable in federal court.  Title 28 U.S.C. § 2254 permits a federal court to entertain only those applications alleging that a person is in state custody in violation of the Constitution or laws or treaties of the United States.  28 U.S.C. § 2254(a).

Addleman does not set forth any claims in his Petition.  Rather, his Petition consists of 108 numbered paragraphs of questions he has about his state court conviction.  (See, e.g., Id. at CM/ECF p. 5 ("[No.] 17. Dr. Suzanne Haney called and said that there was scarring consistent with sexual abuse.  How old is the scarring and what made it?").)

The court finds that Addleman's Petition does not present any cognizable claims for relief.  However, given Addleman's pro se status, the court is reluctant to dismiss the Petition without first giving him an opportunity to amend.  Thus, on the court's own motion, Addleman will be given 30 days to file an amended petition that presents a cognizable claim for relief.

IT IS THEREFORE ORDERED that:

1.     Addleman will have 30 days from the date of this Memorandum and Order to file an amended petition for writ of habeas corpus that presents a cognizable claim for relief.  Failure to file an amended petition for writ of habeas corpus will result in dismissal of this matter without further notice.

2.     The clerk's office is directed to set a pro se case management deadline in this case using the following text: April 15, 2013: deadline for Addleman to file an amended petition for writ of habeas corpus.

3.     The clerk's office is directed to send to Addleman the Form AO 241, Petition for Relief From a Conviction or Sentence By a Person in State Custody.

DATED this 13th day of March, 2013.

BY THE COURT:


s/ Joseph F. Bataillon
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

2