IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAWRENCE ADDLEMAN, | |
| Petitioner, | **4:12CV3240** |
| vs. | |
| DIANE RINE-SABATKA, Warden; | **JUDGMENT** |
| Respondent. | |

Pursuant to the Memorandum and Order entered this date, Petitioner's second or successive petition for writ of habeas corpus ([Filing No. 23](#)) is dismissed without prejudice to reassertion of a subsequent petition upon authorization by the Eighth Circuit Court of Appeals, and the court will not issue a certificate of appealability in this matter.

Dated this 6th day of December, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Supervising Pro Se Judge